1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RUCHELL CINQUE MAGEE,           No. 2:18-cv-01562 AC P

12            Plaintiff,

13       v.                      ORDER

14   DIRECTOR, California Department of
    Corrections and Rehabilitation, et al.,

15

16           Defendants.

17        Plaintiff, a state prisoner proceeding pro se, requests that this civil rights action filed

18 pursuant to 42 U.S.C. § 1983 be transferred to the United States District Court for the Northern

19 District of California, so that plaintiff may request its consolidation with another case he has

20 pending in the Northern District. Plaintiff is entitled to attempt to pursue this action in the court

21 of his choice, and therefore his request will granted. The undersigned has made no determination

22 on the merits of the request or this action. Accordingly, IT IS HEREBY ORDERED that:

23        1. Plaintiff's request for transfer, ECF No. 4, is granted; and

24        2. The Clerk of Court is directed to transfer this case to the United States District Court

25 for the Northern District of California.

26 DATED: July 18, 2018

27                              _____
                             ALLISON CLAIRE

28                              UNITED STATES MAGISTRATE JUDGE